UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LACEY PHILLABAUM,<br><br>Defendant. | Case No. CR06-5613FDB<br><br>ORDER GRANTING MOTION TO SURRENDER PERSONAL RECOGNIZANCE RELEASE AND FOR SELF SURRENDER |

  Defendant requests to be allowed to surrender her personal recognizance release and that she be permitted to self-surrender to the facility designated by the United States Marshals Service ten days from the entry of the order. Defendant further requests that the Court recommend to the U.S. Marshals Service and the Bureau of Prisons that she be housed at Geiger Corrections Center pending final designation. The Defense has advised that it is informed by Pre-trail Services that Geiger Corrections Center is presently accepting federal prisoners. The Court is informed that the United States does not oppose this motion. Accordingly, being fully advised, and there being no opposition, the Court will grant the motion.

  NOW, THEREFORE,

// // //

ORDER - 1

IT IS ORDERED:

1. Defendant's Motion To Surrender Personal Recognizance Release and for Self Surrender [Dkt. # 13] is GRANTED and Defendant Lacey Phillabaum is permitted to self-surrender to the facility designated by the United States Marshals Service ten days from the entry of this Order

2. The Court recommends to the United States Marshals Service and to the Bureau of Prisons that she be housed at Geiger Corrections Center pending final designation.

DATED this 17th day of January 2007.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 2