HONORABLE FRANKLIN BURGESS

UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LACEY PHILLABAUM,<br><br>Defendant. | Cause No. 06-5613FDB<br><br>**STIPULATED TO ORDER PERMITTING FILING OF ADDENDUM TO SENTENCING MEMORANDUM UNDER SEAL** |

The parties above named by and through their respective counsel, stipulate to the entry of an order as follows:

The parties hereby stipulate to an order permitting the Defendant to file an addendum to her sentencing memorandum with letters of support attached thereto under seal. This stipulation is entered for the purpose of protecting the privacy of persons submitting letters of support on behalf of the Defendant.

STIPULATION TO ORDER PERMITTING
DEFENDANT TO FILE ADDENDUM TO
SENTENCING MEMORANDUM UNDER
SEAL - 1

M:\LEVY\Phillabaum\letter stip.doc

*Gilbert H. Levy*
Attorney at Law
200 Market Place Two
2001 Western Avenue
Seattle, Washington 98121
(206) 443-0670  Fax: (206) 448-2252

1   DATED: August 13, 2008.

2

3

4                                           /s/ Gilbert H. Levy
                                            Gilbert H. Levy, WSBA #4805
                                            Attorney for Defendant
5

6                                           /s/ Andrew Freidman
                                            Andrew Friedman
7                                           Assistant United States Attorney
                                            Attorney for Plaintiff
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

STIPULATION TO ORDER PERMITTING
DEFENDANT TO FILE ADDENDUM TO
SENTENCING MEMORANDUM UNDER
SEAL - 2

M:\LEVY\Phillabaum\letter stip.doc

**Gilbert H. Levy**
Attorney at Law
200 Market Place Two
2001 Western Avenue
Seattle, Washington 98121
(206) 443-0670  Fax: (206) 448-2252

CERTIFICATE OF SERVICE

I certify that on August 13, 2008, I caused to be electronically filed the forgoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the attorney(s) of record.

/S/ Gilbert H. Levy
Gilbert H. Levy  WSBA# 4805
Attorney for Defendant Lacey Phillabaum

Certificate of Service

**Gilbert H. Levy**
Attorney at Law
200 Market Place Two
2001 Western Avenue
Seattle, Washington 98121
(206) 443-0670  Fax: (206) 448-2252