06-CR-05613-STIP

HONORABLE FRANKLIN BURGESS

FILED _____ LODGED
_____ RECEIVED

OCT 07 2008

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Cause No. 06-5613FDB |
| Plaintiff, | **ORDER MODIFYING SPECIAL CONDITION OF SUPERVISED RELEASE** |
| vs. | |
| LACEY PHILLABAUM, | |
| Defendant. | |

This matter having come before the Court on stipulation of the parties above named to modify the special condition of supervised release requiring that the Defendant abstain from the use of alcohol and it further appearing that the proposed modification conforms to the oral ruling of the court at the time of sentencing and that the parties have secured the agreement of United States Probation to the proposed modification,

NOW THEREFORE, the special condition of supervised release requiring the Defendant to abstain from the use of alcohol is modified to read as follows:

**The Defendant shall abstain from the use of alcohol if directed to do so by any treatment program in which she is required to participate by the U.S. Probation Officer.**

All other general and special conditions of supervised release remain in effect.

ORDER MODIFYING SPECIAL
CONDITON OF SUPERVISED RELEASE
- 1

M:\LEVY\Phillabaum\modify order.doc

*Gilbert H. Levy*
Attorney at Law
200 Market Place Two
2001 Western Avenue
Seattle, Washington 98121
(206) 443-0670  Fax: (206) 448-2252

1   DATED THIS 7 DAY OF ___Oct 2008___

2

3

4
                                        _____
                                        U.S. DISTRICT JUDGE
5

    Presented by:
6

7   /s/ Gilbert H. Levy
    Gilbert H. Levy, WSBA 4805
8   Attorney for Defendant

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER MODIFYING SPECIAL
CONDITON OF SUPERVISED RELEASE
- 2

M:\LEVY\Phillabaum\modify order.doc

*Gilbert H. Levy*
Attorney at Law
200 Market Place Two
2001 Western Avenue
Seattle, Washington 98121
(206) 443-0670  Fax: (206) 448-2252